ENTERED ON DOCKET
APR - 7 2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PATRICK M. BIFFLE, | CHAPTER 13 |
| DEBTORS | CASE NO. A04-81028MGD |
| | JUDGE DIEHL |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

The above matter came before the Court on the Chapter 13 Trustee's Motion to Release Funds from the Unclaimed Funds Account of the Clerk of Court, and it appears to the Court that the funds in question should be released to Patrick M. Biffle, it is hereby ordered and adjudged as follows:

The Clerk of Court is directed to issue a check in the amount of $428.72 made payable to Patrick M. Biffle, 55 Maple Street, Apt #701, Atlanta, GA 30314.

This 5th day of April, 2010.

_____
Mary Grace Diehl
United States Bankruptcy Judge

Order presented by:

_____
Mary Ida Townson
Chapter 13 Trustee
GA Bar 715063
Suite 2700 - 100 Peachtree St., N.W.
Atlanta, GA 30303

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PATRICK M. BIFFLE, | { CHAPTER 13 <br> { <br> { CASE NO.: A04-81028MGD <br> { <br> { JUDGE DIEHL |
| CREDITOR | |

### DISTRIBUTION LIST

MARY IDA TOWNSON, CHAPTER 13 TRUSTEE
SUITE 300, THE EQUITABLE BUILDING
100 PEACHTREE STREET, NW
ATLANTA, GA 30303

PATRICK M. BIFFLE
55 MAPLE ST, APT #701
ATLANTA, GA 30314

KING & KING
215 PRYOR STREET, SW
ATLANTA, GA 30303-7848